DAVID H. HIGGINS, Appellant, v. ALFRED SAMISCH, the Name " Alfred "

Being Fictitious, etc., and Another, Respondents.— Judgment and order reversed and a new trial granted, with costs to appellant to abide the event, on the ground that it was error to take from the jury the question of exemplary damages. (*Samuels* v. *Evening Mail Association*, 75 N. Y. 604; 9 Hun, 288.) Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.